# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LP ACQUISITIONS, LLC, ET AL.,** | CASE NO. 20-cv-00215-YGR |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION TO REMAND; DISMISSING FEDERAL CLAIM** |
| **SHANE ARTERS, ET AL.,** | Re: Dkt. No. 15 |
| Defendants. | |

On February 3, 2020, plaintiffs Lamb Partners, LLC and LP Acquisitions, LLC filed a motion to remand this case back to the California Superior Court, County of San Mateo. (Dkt. No. 15.) Defendants Shane Arters and Dragoon Realty & Development, LLC filed an opposition thereto, after which plaintiffs filed a reply brief. (Dkt. Nos. 18, 20.)[1]

Having carefully considered the briefing submitted in this matter, and in the interest of justice, the Court hereby **GRANTS** plaintiffs' request to dismiss **WITH PREJUDICE** their claim for violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq*. There being no federal claim, the Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims. As such, the Court **GRANTS** plaintiffs' motion to remand the remaining claims to the California Superior Court, County of San Mateo. Further, because defendants had an objectively reasonable basis for seeking removal, the Court **DENIES** plaintiffs' request for attorneys' fees. The Clerk of Court is directed to remand the case and close the file.

This Order terminates Docket Number 15.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion is appropriate for decision without oral argument.